| B5 (Official Form 5) (12/07) | FORM 5. INVOLUNTARY PETITION | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Southern District of Florida** | | **INVOLUNTARY PETITION** |
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Fisher Island Investments, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) | |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**20-1953574** | | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**2413 Fisher Island Drive**<br>**Miami Beach, FL 33109** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Fisher Island Investments, Inc.**<br>**One Fisher Island Drive**<br>**Miami Beach, FL 33109** | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Miami-Dade** | | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

**Nature of Debts**
(Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)
☐ Individual (Includes Joint Debtor)
■ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**VENUE**
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)
■ Full Filing Fee attached
☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

2011 MAR 17 PM 3:43

Name of Debtor __Fisher Island Investments, Inc.__

B5 (Official Form 5) (12/07) - Page 2    Case No._____

| TRANSFER OF CLAIM |
|---|
| ■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Ostrowsky_  
Signature of Petitioner or Representative (State title)

X _/s/_  
Signature of Attorney                                          Date

**Solby+Westbrae Partners**  
Name of Petitioner                                Date Signed

**Rice Pugatch Robinson & Schiller, P.A.**  
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:  
**Leo Ostrowsky, Auth. Repr.**  
**c/o PPZ Law Firm**  
**33 Ivalio Street**  
**Sofia, Bulgaria 1606**

**101 NE Third Avenue**  
**Suite 1800**  
**Ft. Lauderdale, FL 33301**  
Address  
Telephone No. __954-462-8000__

X _/s/_  
Signature of Petitioner or Representative (State title)

X _/s/_  
Signature of Attorney                                          Date

**19 SHC, Corp.**                         **March 10, 2011**  
Name of Petitioner                                Date Signed

**Rice Pugatch Robinson & Schiller, P.A.**  
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:  
**F. Berdyayev, Auth.Representativre**  
**c/o Joseph Paukman, Esq.**  
**1421 Sheepshead Bay Road, #186**  
**Brooklyn, NY 11235**

**101 NE Third Avenue**  
**Suite 1800**  
**Ft. Lauderdale, FL 33301**  
Address  
Telephone No. __954-462-8000__

X _/s/ Ostrowsky_  
Signature of Petitioner or Representative (State title)

X _/s/_  
Signature of Attorney                                          Date

**Ajna Brands, Inc.**  
Name of Petitioner                                Date Signed

**Rice Pugatch Robinson & Schiller, P.A.**  
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:  
**Leo Ostrowsky, Auth. Repr.**  
**c/o PPZ Law Firm**  
**33 Ivalio Street**  
**Sofia, Bulgaria 1606**

**101 NE Third Avenue**  
**Suite 1800**  
**Ft. Lauderdale, FL 33301**  
Address  
Telephone No. __954-462-8000__

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Solby+Westbrae Partners<br>c/o PPZ Law Firm<br>33 Ivalio Street<br>Sofia, Bulgaria 1606 | Promissory Note | 15,639,375.00 |
| 19 SHC, Corp.<br>c/o Joseph Paukman, Esq.<br>1421 Sheepshead Bay Road, #186<br>Brooklyn, NY 11235 | Promissory Note | 13,249,020.00 |
| Ajna Brands, Inc.<br>2510 Warren Avenue<br>Cheyenne, WY 82001 | Invoices for Licensing Services/Trade Debt | 639,753.28 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>32,437,635.26 |

__1__ continuation sheets attached

Name of Debtor **Fisher Island Investments, Inc.**

B5 (Official Form 5) (12/07) - Page 2    Case No.

## TRANSFER OF CLAIM

■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_                                               X _[signature]_
Signature of Petitioner or Representative (State title)       Signature of Attorney                    Date

**601/1700 NBC, LLC**                                          **Rice Pugatch Robinson & Schiller, P.A.**
Name of Petitioner                    Date Signed              Name of Attorney Firm (If any)

Name & Mailing         Leo Ostrowsky, Auth. Repr.              **101 NE Third Avenue**
Address of Individual  c/o PPZ Law Firm                        **Suite 1800**
Signing in Representative  33 Ivalio Street                    **Ft. Lauderdale, FL 33301**
Capacity               Sofia, Bulgaria 1606                    Address
                                                               Telephone No.  **954-462-8000**

X _[signature]_                                               X _[signature]_
Signature of Petitioner or Representative (State title)       Signature of Attorney                    Date

**Axafina, Inc.**                                              **Rice Pugatch Robinson & Schiller, P.A.**
Name of Petitioner                    Date Signed              Name of Attorney Firm (If any)

Name & Mailing         Leo Ostrowsky, Auth. Repr.              **101 NE Third Avenue**
Address of Individual  c/o PPZ Law Firm                        **Suite 1800**
Signing in Representative  33 Ivalio Street                    **Ft. Lauderdale, FL 33301**
Capacity               Sofia, Bulgaria 1606                    Address
                                                               Telephone No.  **954-462-8000**

X _[signature]_                                               X _[signature]_
Signature of Petitioner or Representative (State title)       Signature of Attorney                    Date

**Oxana Adler**                                                **Rice Pugatch Robinson & Schiller, P.A.**
Name of Petitioner                    Date Signed              Name of Attorney Firm (If any)

Name & Mailing         Oxana Adler, LLM                        **101 NE Third Avenue**
Address of Individual  136 East 64th Street                    **Suite 1800**
Signing in Representative  New York, NY 10065                  **Ft. Lauderdale, FL 33301**
Capacity                                                       Address
                                                               Telephone No.  **954-462-8000**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| 601/1700 NBC, LLC<br>100 SE 2nd Street, Suite 2610<br>Miami, FL 33131 | Promissory Note | 2,390,355.00 |
| Axafina, Inc.<br>2510 Warren Avenue<br>Cheyenne, WY 82001 | Trade Debt | 357,779.98 |
| Oxana Adler, LLM<br>c/o Sternik & Zelster<br>119 West 72nd Street, #229<br>New York, NY 10023 | Professional fees | 161,352.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>32,437,635.26 |

**1** of **1** continuation sheets attached

# Assignment

of Negotiable Promissory Note made on January 9, 2009, by London International Bank Limited; Fisher Island Investments, Inc.; Little Rest Twelve, Inc.; Kayley Investments Ltd.; Imedinvest Trust, Mutual Benefits Offshore Fund, Ltd., JWL Entertainment Group, Inc., Grosvenor Trading House Limited and Fisher Island Limited (Maker(s)) to Areal Plus Group ("Original Holder(s)") in the sum of twenty eight million and five hundred thousand dollars (US$ 28,500,000.00) having the maturity date of October 30, 2010 ("Maturity Date"), and bearing the interest of four and a half per cent (4.5 %) per annum.

FOR VALUE RECEIVED AND ACKNOWLEDGED

**Areal Plus Group**

Assignor(s)

hereby irrevocably and absolutely sells, transfers and assigns all of its rights, title and interest in the said negotiable instrument as follows:

| | |
|---|---|
| Solby Westbrae Partners: | $14,250,000.00 + (exclusive of interest) |
| 19 SHC Corp.: | 12,072,000.00 + (exclusive of interest) |
| 601/1700 NBC, LLC: | 2,178,000.00 + (exclusive of interest) |

Assignee(s)

Singed sealed and delivered:

_____            November 4, 2009
Assignor/Holder                                                    Date

WITNESS: _____