UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                             Case No. 11-17047-LMI

FISHER ISLAND INVESTMENTS, INC.                                    Chapter 11
    Debtor.                                                       (Involuntary)
_____/

## DEBTOR'S ANSWER TO INVOLUNTARY PETITION

DEBTOR, Fisher Island Investments, Inc., by its duly elected Board of Directors,[1] and by and through its counsel DiBello, Lopez & Castillo, P.A., respectfully answers the Petition, and states as follows:

    FIRST:    Admits all allegations in the Petition.

    SECOND:    Consents to Relief Order requested in the Petition.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                                     Respectfully submitted,

Dated:  March 21, 2011                      By: s/ Darin A. DiBello
                                                              Darin A. DiBello
                                                              Florida Bar No. 957615
                                                              Terrance A. Dee
                                                              Florida Bar No. 189502
                                                              DiBello, Lopez & Castillo, P.A.
                                                              1550 Madruga Avenue, Suite 504
                                                              Coral Gables, Florida 33146
                                                              Telephone:  (305) 668-8870
                                                              Facsimile:   (305) 668-8892
                                                              E-Mail:   ddibello@dlclegal.com
                                                              E-Mail:   tdee@dlclegal.com

---

[1] As correctly noted in the Motion for Appointment of Trustee recently filed by the Creditors, claims to equity ownership and governance of the Debtor have been asserted by certain non-parties. Debtor believes these claims to be without merit.

## SERVICE LIST

**Via Electronic Notice:**

None

**Via U.S. Mail:**

| | | |
|---|---|---|
| Craig A. Pugatch, Esq.<br>Rice Pugatch Robinson &<br>Schiller P.A.<br>101 NE 3rd Ave, Ste 1800<br>Fort Lauderdale, FL 33301 | Fisher Island Investments, Inc.<br>One Fisher Island Drive<br>Miami Beach, Florida 33109 | Little Rest Twelve, Inc.<br>25 Little West 12th Str.<br>New York, NY 10014 |
| Mutual Benefits<br>Offshore Fund, Ltd.<br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207 | Fisher Island Investments, Inc.<br>c/o Moshe L. Popack, Esq.<br>2413 Fisher Island Dr.<br>Miami Beach, Florida 33109 | Little Rest Twelve, Inc.<br>c/o Moshe L. Popack, Esq.<br>2413 Fisher Island Dr.<br>Miami Beach, Florida 33109 |
| Mutual Benefits<br>Offshore Fund, Ltd.<br>c/o Moshe L. Popack, Esq.<br>2413 Fisher Island Dr.<br>Miami Beach, Florida 33109 | Fisher Island Investments, Inc.<br>c/o Sternik & Zeltser<br>119 West 72nd Str. # 229<br>New York, NY 10023 | Little Rest Twelve, Inc.<br>c/o Sternik & Zeltser<br>119 West 72nd Str. # 229<br>New York, NY 10023 |
| Curtis Miner, Esq.<br>Colson Hicks Eidson<br>255 Aragon Avenue, 2nd Floor<br>Coral Gables, FL 33134-5008<br>Counsel for Receiver of Mutual<br>Benefits Corporation | Martin Russo, Esq.<br>Gusrae Kaplan Bruno &<br>Nusbaum PLLC<br>120 Wall Street, 11th Floor<br>New York, New York 10005 | Joseph Rebak, Esq.<br>Tew Gardens LLP<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131-3407 |
| Emanuel Zeltser, Esq.<br>Sternik & Zeltser<br>119 West 72nd Street # 229<br>New York, NY 10023 | Alexander Fishkin, Esq.<br>A Fishkin Atty at Law PC<br>366 Amsterdam Avenue # 176<br>New York, NY 10024 | Stewart M. Mirmelli, Esq.<br>The Mirmelli Law Firm, P.A.<br>100 SE 2nd Street, Suite 2610<br>Miami, Florida 33131 |
| William Walzer, Esq.<br>Davidoff Malito<br>& Hutcher LLP<br>605 Third Avenue<br>New York, NY 10158 | Michael R. Koblenz, Esq.<br>Mound Cotton<br>Wollan & Greengrass<br>One Battery Park Plaza<br>New York, NY 10004-1486 | Moshe L. Popack, Esq.<br>Law Offices of<br>Moshe L. Popack, Esq.<br>2413 Fisher Island Dr.<br>Miami Beach, Florida 33109 |
| Bruce D. Katz, Esq.<br>Law Offices of<br>Bruce D. Katz and Associates<br>160 Broadway, Suite 908<br>New York, New York 10038 | Martin Karlinsky, Esq.<br>Butzel Long<br>380 Madison Avenue,<br>22nd Floor<br>New York, NY 10017 | Donovan Wickline, Esq.<br>Law Office of Donovan<br>Wickline, PC<br>45 Pineapple Street<br>Brooklyn, NY 11201 |
| Alexander Perchekly, Esq.<br>Sesti & Perchekly, LLP<br>747 Third Avenue, 37th Fl.<br>New York, New York 10017 | Estate of Badri Patarkatsishvili<br>5 Chanturia Street<br>Tbilisi, Georgia 0108 | |