UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | **CASE NO.: 11-17047-AJC** |
| **FISHER ISLAND INVESTMENTS, INC.,**[1] | Chapter 11 (Involuntary) |
|     Alleged Debtor. | |
| _____/ | |
| In re: | **CASE NO.: 11-17051-AJC** |
| **MUTUAL BENEFITS OFFSHORE FUND, LTD.,** | Chapter 11 (Involuntary) |
|     Alleged Debtor. | |
| _____/ | |
| In re: | **CASE NO.:  11-17061-AJC** |
| **LITTLE REST TWELVE, INC.,** [2] | Chapter 11 (Involuntary) |
|     Alleged Debtor. | |
| _____/ | |

**AGREED *EX PARTE* MOTION TO CONTINUE
AUGUST 29, 2013 STATUS CONFERENCE**

Petitioning Creditors and Alleged Debtors Fisher Island Investments, Inc., Little Rest Twelve, Inc. and Mutual Benefits Offshore Fund, Ltd. as represented by Patricia Redmond, Esq., John O'Sullivan, Esq., and Martin Russo, Esq. ("Redmond Group") jointly move on an *ex parte* basis to continue the status conference currently scheduled for August 29, 2013, at 3:00 p.m. ("Status Conference") and as grounds therefore, the Petitioning Creditors and Redmond Alleged Debtors state as follows:

---

[1] The last four digits of the Alleged Debtor's tax identification number are 3574.  *See* 11 U.S.C. § 342 (c)(1).
[2] The last four digits of the Alleged Debtor's tax identification number are 9811.  *See* 11 U.S.C. § 342 (c)(1).

1.   On June 11, 2013, the Court entered an order in each of the above referenced involuntary chapter 11 bankruptcy cases [Case No. 11-17047, ECF No. 791; Case No. 11-17051, ECF No. 691; and Case No. 11-17061, ECF No. 716] setting the Status Conference. The Court's order specifically directed that at the "status conference, the Alleged Debtors and Petitioning Creditors shall inform the Court of the parties' agreement (or lack thereof) with respect to the procedure for addressing the remaining issues in this involuntary case…" *Id*.

2.   The orders also set status conference on the pleadings filed in *In re: Fisher Island Investments, Inc*., Case Nos. 11-17047 [ECF Nos. 737 and 764]; *In re: Mutual Benefits Offshore Fund, Ltd*., Case No. 11-17051 [ECF Nos. 578 and 663]; and *In re: Little Rest Twelve, Inc*., Case No. 11-17061 [ECF Nos. 664 and 693]. *Id*.

3.   Thereafter, on July 10, 2013, the Court, *sua sponte*, rescheduled the Status Conference for August 29, 2013, at 3:00 p.m. *See* Case No. 11-17047, ECF No. 825; Case No. 11-17051, ECF No. 728; and Case No. 11-17061, ECF No. 737.

4.   The Petitioning Creditors and Redmond Group require more time to confer regarding the procedure for addressing the remaining issues in these involuntary bankruptcy cases. Therefore, the parties respectfully request a continuance of the Status Conference for a period of sixty (60) days.

5.   This request for a continuance is not made for the purposes of delay and the undersigned hereby certify that their respective clients have consented to the requested continuance.

**WHEREFORE**, Petitioning Alleged Creditors and the Redmond Group respectfully request that the Court enter an Order (i) continuing the Status Conference currently set for August

2

29, 2013, at 3:00 p.m. to a date in late October, 2013; and (ii) granting such other relief as may be just and proper.

Dated:  August 21, 2013.

Respectfully submitted,

| | |
|---|---|
| RICE PUGATCH ROBINSON & SCHILLER, P.A.<br>*Attorneys for Petitioning Creditors*<br>101 Northeast Third Avenue, Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-8000<br>Facsimile: (954) 462-4300<br><br>By:  /s/ *Craig A. Pugatch*           .<br>   CRAIG A. PUGATCH<br>   Florida Bar No. 653381<br>   capugatch@rprslaw.com | STEARNS WEAVER MILLER WEISSLER ALHADEFF &SITTERSON, P.A.<br>*Counsel for Alleged Debtors, Fisher Island Investments, Inc., Mutual Benefits Offshore Fund, Ltd., and Little Rest Twelve, Inc.*<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone: (305) 789-3200<br>Facsimile: (305) 789-2600<br><br>By:  /s/ *Patricia A. Redmond*           .<br>   PATRICIA A REDMOND<br>   Florida Bar No. 303739<br>   predmond@stearnsweaver.com |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing documents is being filed electronically on August 21, 2013, via the Court's CM/ECF website, and copies of the document are being served via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case as the document is entered on the docket.

By:   */s/ Patricia A. Redmond*
   PATRICIA A. REDMOND

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | **CASE NO.: 11-17047-AJC** |
| **FISHER ISLAND INVESTMENTS, INC.,**[1] | Chapter 11 (Involuntary) |
|     Alleged Debtor. | |
| _____/ | |
| In re: | **CASE NO.: 11-17051-AJC** |
| **MUTUAL BENEFITS OFFSHORE FUND, LTD.,** | Chapter 11 (Involuntary) |
|     Alleged Debtor. | |
| _____/ | |
| In re: | **CASE NO.: 11-17061-AJC** |
| **LITTLE REST TWELVE, INC.,**[2] | Chapter 11 (Involuntary) |
|     Alleged Debtor. | |
| _____/ | |

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION**
**TO CONTINUE AUGUST 29, 2013 STATUS CONFERENCE**

---

[1] The last four digits of the Alleged Debtor's tax identification number are 3574.  *See* 11 U.S.C. § 342 (c)(1).
[2] The last four digits of the Alleged Debtor's tax identification number are 9811.  *See* 11 U.S.C. § 342 (c)(1).

THIS MATTER came before the Court upon Petitioning Creditors' and the Redmond Group's *Agreed Ex Parte Motion to Continue August 29, 2013 Status Conference* ("Motion") [Case No. 11-17047, ECF No. ___; Case No. 11-17051, ECF No. ___; and Case No. 11-17061, ECF No. ___].³  The Court, having reviewed the Motion and the file, having been advised of the agreement of the parties, and being otherwise fully advised in the Premises, finds it appropriate to grant the Motion.  Therefore, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Status Conference currently set for August 29, 2013 at 3:00 p.m., is continued to _____, at _____ a.m./p.m., at the United States Bankruptcy Court, Claude Pepper Federal Building, 51 SW 1st Avenue, Room 1410, Miami, FL 33130.

3. At the Status Conference (a) the Alleged Debtors and Petitioning Creditors shall inform the Court of the parties' agreement (or lack thereof) with respect to the procedure for addressing the remaining issues in this involuntary case; and (b) the Court will consider the status of the following pleadings in *In re:Fisher Island Investments, Inc.,* Alleged *Debtor,* Case Nos. 11-17047 [ECF Nos. 737 and 764]; *In re: Mutual Benefits Offshore Fund, Ltd., Alleged Debtor,* Case No. 11-17051 [ECF Nos. 578 and 663]; and *In re: Little Rest Twelve, Inc., Alleged Debtor,* Case No. 11-17061 [ECF Nos. 664 and 693].

# # #

Submitted by:
Patricia Redmond, Esq., predmond@stearnsweaver.com
Craig Pugatch, Esq., capugatch@rprslaw.com

(Attorney Redmond is directed to serve a conformed copy of this order upon interested parties and file a certificate of service.)

---

³ All other capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.
#3064797 v1

2